**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**PATRICIA KENNEDY,**

      Plaintiff,

v.                                          Case No: 6:17-cv-661-JA-DCI

**Bj'S GROUP. INC.,**

      Defendant,
_____/

**PLAINTIFF'S NOTICE OF FILING ANSWERS**
**TO COURT INTERROGATORIES**

Plaintiff, Patricia Kennedy, by and through her undersigned counsel and pursuant to Order of Court, hereby files the attached Answers to Court Interrogatories.

I hereby certify that a true and correct copy of the foregoing was served via the court's electronic filing system upon all parties of record this 20th day of April, 2017.

                                                        /*s/Philip Michael Cullen, III*
                                                        Fla. Bar. No: 167853
                                                       Thomas B. Bacon, P.A.
                                                       621 S. Federal Hwy, Ste 4
                                                       Fort Lauderdale,  FL 33301
                                                       ph. (954) 462-0600
                                                       fx. (954) 462-1717
                                                       cullen@thomasbaconlaw.com