# EXHIBIT G

# THOMAS B. BACON, P.A.
4868 S.W. 103rd Ave.
Cooper City, FL 33328
954-478-7811
Fax 954-237-1990
tbb@thomasbaconlaw.com

Invoice

Re:    FL Best Value # 9895

TBB

2/28/2017

| | |
|---|---|
| call from client re problems at properties | 0.9 |

3/30/2017

| | |
|---|---|
| review of initial report and pictures | 1.2 |
| Call with client re findings of initial investigation | 0.4 |

4/3/2017

| | |
|---|---|
| preparation of package for PMC & e-mail with case instructions | 0.9 |

4/6/2017

PMC,III

| | |
|---|---|
| review of e-mails from Mr. Bacon re: case instructions & documentation | 0.8 |
| Review of PACER search record (nothing) | 0.1 |
| review of DBR records re: ownership | 0.3 |
| Review of property appraiser's records re: ownership | 0.2 |
| Internet research regarding location of businesses | 0.1 |
| Review of division of corporation's records re: resident agent | 0.2 |

4/8/2017

| | |
|---|---|
| preparation of draft complaint | 1.2 |
| Preparation of summons | 0.2 |
| e-mail to client | 0.1 |

4/9/2017

| | |
|---|---|
| review of signed authorization | 0.1 |
| Preparation of cover sheet | 0.2 |
| Preparation of letter to clerk | 0.2 |

4/13/2017

| | |
|---|---|
| review of filed complaint | 0.1 |
| Review of issued summons | 0.1 |
| e-mail to process server w/ instructions | 0.1 |
| Review of interested persons order | 0.2 |
| Review of related case order | 0.2 |
| Review of ADA order | 0.2 |
| preparation of N/related case | 0.3 |
| Preparation of certificate of interested persons | 0.2 |

4/19/2017

| | |
|---|---|
| preparation of answers to court interrogatories & e-mail to client re: same | 1.2 |

4/19/2017

| | |
|---|---|
| conference w/ client to review answers to court interrogatories | 0.2 |

4/20/2017

| | |
|---|---|
| Preparation of N/filing answers to court interrogatories | 0.2 |

4/30/2017

| | |
|---|---|
| e-mail to process server re: status | 0.1 |

5/6/2017

| | |
|---|---|
| review of D M/additional time | 0.2 |

5/8/2017

| | |
|---|---|
| review of order D M additional time | 0.1 |

5/9/2017

| | |
|---|---|
| review of return of service | 0.2 |

5/19/2017

| | |
|---|---|
| review of D interested persons | 0.2 |
| Review of D related case | 0.2 |

5/30/2017

| | |
|---|---|
| review of answer | 0.3 |

6/1/2017

| | |
|---|---|
| e-mail to o/c re: inspection | 0.1 |

6/29/2017

| | |
|---|---|
| review of file re: case status & e-mail to o/c re: inspection | 0.3 |

7/3/ 2017

| | |
|---|---|
| e-mail to Mr. Herrera re: inspection dates | 0.1 |
| Review of expert report | 1.2 |

8/3/2017

| | |
|---|---|
| preparation of consent decree | 1.0 |
| Preparation of stipulation for entry | 0.5 |
| Preparation of final order | 0.6 |
| Preparation of stipulation for fees & costs | 0.5 |
| e-mail to o/c re: settlement | 0.1 |

8/6/2017

| | |
|---|---|
| review of file re: case status | 0.2 |

9/16/2017

| | |
|---|---|
| review of file re: case status & e-mail to o/c re: mediation | 0.3 |

9/26/2017

| | |
|---|---|
| review of offer of judgment | 0.2 |

9/29/2017

| | |
|---|---|
| preparation of consent decree | 0.5 |
| Preparation of stipulation for entry | 0.3 |

| | |
|---|---|
| Preparation of final order | 0.4 |
| e-mail to o/c re: same | 0.1 |

10/13/2017

| | |
|---|---|
| review of file re: upcoming hearings & settlement | 0.4 |
| e-mail to o/c re: settlement | 0.1 |

10/16/2017

| | |
|---|---|
| e-mail to o/c re: settlement & upcoming hearing | 0.1 |

11/9/2017

| | |
|---|---|
| e-mail to client w/ consent decree | 0.1 |

11/11/2017

| | |
|---|---|
| review of fully executed consent decree | 0.1 |
| e-mail to o/c w/ all documents for filing | 0.1 |

12/10/2017

| | |
|---|---|
| review of file re: case status | 0.1 |

12/13/2017

| | |
|---|---|
| review of final order | 0.2 |

12/26/2017

| | |
|---|---|
| preparation of M/ fees & costs including time affidavit | 2.5. |
| | 22.0 |

Compensable Attorney Time: (22.0 hrs x. $425.00) = $ 9,240.00

**PARALEGAL:**

4/5/2017

| | |
|---|---|
| initial file setup | 0.3 |

4/9/2017

| | |
|---|---|
| Preparation of package for clerk | 0.3 |

5/9/2017

file return of service                                                                                           0.1

12/26/2017

collate, scan & file M/ fees                                                                                <u>0.5</u>
                                                                                                              1.2

      Compensable Paralegal Time: (1.2 hrs x $115.00) = $ 138.00

<u>Costs</u>

| | |
|---|---:|
| accurint database searches | $ 25.00 |
| Filing fee: | $ 400.00 |
| Service of process | <u>$ 40.00</u> |
| Total costs | $ 465.00 |

**Expert & Investigative Expenses**

| | |
|---|---|
| Initial Invoice | $ 1,400.00 |
| Expert Report | $ 2,600.00 |
| TOTAL: | $ 4,000.00 |

**Statement Summary**

| | |
|---|---:|
| Compensable attorney time | $ 9,240.00 |
| Compensable paralegal time | $ 138.00 |
| Expert | $ 4,000.00 |
| Total costs | $ 465.00 |
| Reinspection Fee | <u>$ 1,000.00</u> |
| TOTAL: | $ 14,843.00 |

## VERIFICATION

    Pursuant to 28 U.S.C. Section 1746, I declare, certify, verify, and state, under penalty of perjury that I am familiar with the time records maintained by Plaintiffs' counsel in this case. The entries are made at or near the time of the act reflected. In most occasions, the entries were made

by the undersigned, personally. The foregoing is a true and correct print-out of those time records. I certify that I have fully reviewed the time and expense records. The time records are accurate. This motion is well grounded in fact and justified to the best of my knowledge and belief.

January 28, 2018

                                                                    Philip Michael Cullen, III