EXHIBIT I



SQUARE FEET CONTRACTORS INC
State Certified General Contractor No. CGC 1515566
4979 SW 165th Avenue, Miramar, FL 33027
(305) 336 - 0007 (Cell)
cherrera@square-feet.us

Page No. 1 of 1

INVOICE No. SQFT - 01-071917

## INVOICE

| SUBMITTED TO | | TODAY'S DATE | Contact Person |
|---|---|---|---|
| Thomas Bacon Law | | 7/27/2017 | Carlos M. Herrera, CGC |
| **PHONE NUMBER** | **FAX NUMBER** | **JOB NAME** | |
| 954-462-0600 | | Americas Best Value Inn | |
| **ADDRESS, CITY, STATE, ZIP** | | **JOB LOCATION** | |
| 644 McDonald Street, Mount Dora, FL 32757 | | 3220 N Cocoa Blvd, Cocoa, FL 3292 | |

| # | DESCRIPTION | Hours | Hour Rate | Total |
|---|---|---|---|---|
| 1 | Pre-Inspection (Revising Complaint and Plaintiff Photographs) | 1 | $ 150.00 | $ 150.00 |
| 2 | Travel Time | 7 | $ 100.00 | $ 700.00 |
| 3 | Survey Time | 2 | $ 150.00 | $ 300.00 |
| 4 | Data Recovery Time | 1 | $ 100.00 | $ 100.00 |
| 5 | Survey Report | 7 | $ 150.00 | $ 1,050.00 |
| 6 | Cost Estimate Report | 2 | $ 150.00 | $ 300.00 |
| | **Grand Total** | | | **$2,600.00** |

Two Thousand Six Hundred and 00/100 dollars **$2,600.00**

Payment as follows: One final payment

All material is guaranteed to be as specified. All work to be completed in a substantial workmanlike manner according to specifications submitted, per standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Workmen's Compensation Insurance. If either party commences legal action to enforce its rights pursuant to this agreement, the prevailing party in said legal action shall be entitled to recover its reasonable attorney's fees and costs of litigation relating to said legal action, as determined by a court of competent jurisdiction.

**Authorized Signature**